DAVID LEAVENWORTH, as Receiver of All the Assets, Effects and Property of CALVIN MORRIS CORPORATION, Appellant, v. LYLESON CORPORATION, Respondent. — Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

MAX WILLINSKY and Others, Appellants, v. CENTRAL SAVINGS BANK, Defendant, Impleaded with THE MANHATTAN FRATERNAL ASSOCIATION, INC., Respondent. MAX WILLINSKY and Others, Appellants, v. UNION DIME SAVINGS BANK, Defendant, Impleaded with THE MANHATTAN FRATERNAL ASSOCIATION, INC., Respondent.— Judgments affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

FRED J. BAYER, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

KATHERINE D. WERNER, as Administratrix, etc., of FREDERICK L. PREUSCH, Deceased, Appellant, v. HERMAN SCHMITT, as Executor of the Estate of CHRISTIAN SCHMITT, Deceased, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

C. & C. MUSIC PRINTING CORPORATION, Respondent, v. DELL PUBLISHING Co., INC., and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs and the ten dollars costs of motion awarded at Special Term. No opinion. Present — Martin, P. J., Merrell, McAvoy, O Malley and Untermyer, JJ.

In the Matter of MURRAY GROSSBARD, Petitioner, for an Order of Certiorari against THE NEW YORK ALCOHOLIC BEVERAGE CONTROL BOARD, Respondent.— Order of certiorari dismissed and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

PHILLIP MINTZER, an Infant, by His Guardian ad Litem, BENNY AARON, Duly Appointed, Appellant, v. U. S. GYPSUM Co., INC. (a Foreign Corporation), Respondent. PAULA MINTZER, Appellant, v. U. S. GYPSUM Co., INC. (a Foreign Corporation), Respondent.— Orders affirmed, with twenty dollars costs and disbursements, with leave to the plaintiffs to serve amended complaints within twenty days after service of order on payment of said costs, and upon plaintiffs' failure so to do, then with leave to the defendant within twenty days thereafter to serve an answer to the first causes of action stated in the complaints. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. ₒ